LILLIE ROSENBERG v. MILTON J. ROSENBERG.— Motion for leave to appeal

---

* Amd. by Laws of 1930, chap. 678; since amd. by Laws of 1932, chap. 399, effective June 1, 1932.— [REP.

to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.